# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3570

_____

Edward Maguire,                              *
                                             *
     Petitioner - Appellant,             *
                                             *   Appeal from the United States
     v.                                  *   District Court for the District
                                             *   of South Dakota.
United States of America,                    *
                                             *   [UNPUBLISHED]
     Respondent - Appellee.              *

_____

Submitted: April 20, 2006
Filed: April 25, 2006

_____

Before LOKEN, Chief Judge, BOWMAN and BYE, Circuit Judges.

_____

PER CURIAM.

     Edward Maguire filed a 28 U.S.C. § 2255 motion, arguing, among other things, his plea of guilty to the threatened use of a weapon of mass destruction – anthrax – was not knowingly, intelligently, or voluntarily entered. Maguire also argued trial counsel was ineffective because he pressured Maguire into accepting a plea agreement despite Maguire's desire to proceed to trial, and counsel failed to pursue available

defenses. The district court[1] denied Maguire's motion but issued a certificate of appealability on these issues.

We have reviewed the district court's denial of Maguire's § 2255 motion de novo, United States v. Craycraft, 167 F.3d 451, 454 (8th Cir. 1999), and, because an extended discussion of his claims would serve no useful precedential purpose, we affirm without further discussion. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable Marshall P. Young, United States Magistrate Judge for the District of South Dakota.